UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60002-SINGHAL

UNITED STATES OF AMERICA

v.

DARRYL GLENN WILLIAMS, and
EVERETTE MARVIN PATTON,

        **Defendants.**

**NOTICE ON FORFEITURE**

    The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

    On June 16, 2023, the Court entered Judgments, ECF No. 54, and ECF No. 55 directing the United States to file a preliminary order of forfeiture within three days. The United States is not pursuing federal judicial forfeiture at this time.

                                                        Respectfully submitted,

                                                        MARKENZY LAPOINTE
                                                        UNITED STATES ATTORNEY

By:    *s/ Marx P. Calderón*
          Marx P. Calderón
          Assistant United States Attorney
          Court ID No. A5502700
          99 N.E. 4th Street, 7th Floor
          Miami FL, 33132-2111
          Telephone: (305) 961-9036
          E-mail: Marx.Calderon@usdoj.gov