# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

**CASE NO. : 0:23-CR-60002-AHS(1)**

**UNITED STATES OF AMERICA,**

**vs.**

**DARRYL GLENN WILLIAMS,**
**Defendant.**

_____/



FILED BY____ D.C.

AUG   4 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The Defendant, **DARRYL GLENN WILLIAMS**, respectfully moves this Honorable Court for an Order terminating their term of supervised release early pursuant to 18 U.S.C. § 3583(e)(1). In support of this Motion, the Defendant states as follows:

1. **Background:** On June 15, 2023, this Court sentenced the Defendant to a term of 23 Months of imprisonment, followed by a 5 (five) Years term of supervised release.

2. **Time Served:** The Defendant completed their term of imprisonment and began their term of supervised release on November 1, 2024. The Defendant has successfully completed 19 months of supervised release.

3. **Statutory Eligibility:** Pursuant to 18 U.S.C. § 3583(e)(1), a court may terminate a term of supervised release at any time after the expiration of one year of supervised release if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. The Defendant has served more than the mandatory one-year minimum.

4. **Defendant's Compliance and Explicit Support from U.S. Probation**
   Pursuant to 18 U.S.C. § 3583(e)(1), early termination is fully warranted by the conduct of the Defendant and is firmly in the interest of justice. Since my release from custody, I have demonstrated exemplary rehabilitation and strict, unwavering compliance with all standard and special conditions of my supervised release.

   Specifically, I have achieved and maintained the following milestones:

- **Steady, Gainful Employment:** I have maintained continuous, stable employment as a Labor Assistant at [Insert Employer Name]. Through this dedication to my work, I have successfully reintegrated into the community as a productive, financially independent, and law-abiding citizen.  (See Exhibit A)

- **Flawless Compliance Record:** I have passed all required drug screenings, maintained a stable and verified residence, and have had absolutely no negative contact with law enforcement.

- **Explicit Support of U.S. Probation:** Recognizing my complete rehabilitation and flawless adjustment, my supervising United States Probation Officer, Holly Harrison, has been consulted and explicitly supports this request for early termination.

5. **Financial Obligations:** The Defendant has paid all court-ordered special assessments, fines, and restitution in full.

Recognizing this flawless record of compliance and complete rehabilitation, my supervising United States Probation Officer explicitly supports this request for early termination, as continued supervision is no longer necessary to protect the public or promote my adherence to the law.

    **WHEREFORE,** the Defendant respectfully requests that this Honorable Court enter an Order terminating their supervised release term early.

Dated this 31st day of July, 2026.

Respectfully submitted,

By: /s/ _____

DARRYL GLENN WILLIAMS, Defendant Pro Se
307 South 29th Terrace
Hollywood, FL  33020
Phone: 786-290-5099
Email: darrylbluewilliams@gmail.com


### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via hand-delivery to the Office of the United States Attorney and to the United States Probation Office at the United States District Court, Southern District of Florida, on this 31st day of July, 2026.

By: /s/ _____
DARRYL GLENN WILLIAMS

# SECRET ART LIFE

July 29, 2026

To Whom It May Concern,

This letter is to confirm that Darryl G. Williams is currently employed as a Labor Assistant at Secret Art Life, a home floors and cabins installation business.

Darryl is an exemplary employee who is reliable, works well with others, and is always willing to assist other skilled workers. His monthly earnings vary between $1,200 and $1,500.

Please feel free to contact me at 954-774-3427 if you have any questions.

Sincerely,

Delroye West
Owner

P.O. BOX 122231•Fort Lauderdale• FL•33312    Phone: 954-774-3427