**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. : 23-CR-60002-AHS(1)**

**UNITED STATES OF AMERICA,**

**vs.**

**DARRYL GLENN WILLIAMS,**
             **Defendant.**
_____/

## PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court upon the Defendant, **DARRYL GLENN**

**WILLIAMS'**, *Pro Se* Motion for Early Termination of Supervised Release, pursuant to 18 U.S.C. §

3583(e)(1), and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Defendant's Motion is **GRANTED**.

The Defendant's remaining term of supervised release is hereby **TERMINATED**, and the

Defendant is discharged from any further supervision by the United States Probation Office.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this _____ day of

_____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**