**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 23-CR-60002-AHS**

**UNITED STATES OF AMERICA**

**vs.**

**DARRYL GLENN WILLIAMS, et al.**

**Defendants.**
_______________________________________/

# NOTICE OF APPEARANCE

The United States of America, through the undersigned Assistant United States Attorney, hereby files this Notice of Appearance as counsel of record in this case. The undersigned requests to be informed of all future filings in the above captioned case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Brian Dobbins*

Brian Dobbins
Assistant United States Attorney
SDFL Court ID No.: A5501182
99 NE 4th Street, 5th Floor
Miami, Florida 33132
Tel: (305) 961-9304
Email: Brian.Dobbins@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Brian Dobbins*
Brian Dobbins
Assistant United States Attorney